1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

WILFREDO D. MORAN,

       Plaintiff,

     v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

) Case No. CV 10-4949 JCG
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

    IT IS ADJUDGED that the decision of the Commissioner of the Social
Security Administration is **AFFIRMED**.

Dated: October 28, 2011

_____

Hon. Jay C. Gandhi
United States Magistrate Judge